THIS OPINION HAS 
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN 
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State of South Carolina, Respondent,
v.
Joseph Walker, Appellant.
 
 
 

Appeal From Aiken County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2004-UP-618
Submitted December 1, 2004  Filed December 9, 2004

APPEAL DISMISSED

 
 
 
Acting
Deputy Chief Attorney Wanda P. Hagler, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Joseph Walker appeals his convictions for first-degree 
 criminal sexual conduct and kidnapping.  Counsel for Walker attached to the 
 final brief a petition to be relieved as counsel.  Walker filed a separate pro 
 se response.  
After a review of the record as required by Anders v. California, 
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we hold there are no directly appealable issues that are arguable 
 on their merits.  Accordingly, we dismiss Walkers appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED.
ANDERSON, STILWELL, and SHORT, JJ., concur.